UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY LEE BENSON,<br>Plaintiff,<br>v.<br>J. HINOJOSA, *et al.*,<br>Defendants. | Case No. 1:26-cv-01442-JLT-EPG (PC)<br><br>ORDER VACATING ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(ECF No. 36) |

On October 6, 2026, the Court issued an order and writ of habeas corpus ad testificandum for Plaintiff's custodian to produce him for a Zoom video settlement conference before Magistrate Judge Christopher D. Baker, on Thursday, November 5, 2026, at 10:00 a.m. (ECF No. 36).

However, the Court has received notice that Plaintiff was released from custody and is no longer incarcerated at the California Substance Abuse Treatment Facility. (ECF No. 38).

Accordingly, IT IS ORDERED as follows:

1. The Court's October 6, 2026, order and writ of habeas corpus ad testificandum is vacated. (ECF No. 36).
2. The Clerk of the Court is directed to serve a copy of this order via fax on Litigation Office at the California Substance Abuse Treatment Facility in Corcoran, California, or via email.

IT IS SO ORDERED.

Dated: **October 9, 2026**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE